647

173 So. 919

**Wm. H. HOLCOMBE, Jr., as Sheriff, v. A. M. GERDE et al. (New Orleans Beverage Agency).**

**I Div. 276.**

Court of Appeals of Alabama.
Jan. 12, 1937.
Rehearing Denied Feb. 2, 1937.

Geo. A. Sossaman, of Mobile, for appellant.

Rosa Gerhardt, of Mobile, for appellees.

RICE, Judge.

Reversed and remanded.

---

164 So. 918

**Shepherd HOLLAND v. STATE.**

**4 Div. 200.**

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.

Affirmed.

---

173 So. 920

**J. C. HOLLINGSWORTH v. CITY OF TALLADEGA.**

**7 Div. 249.**

Court of Appeals of Alabama.
Jan. 19, 1937.

BRICKEN, Presiding Judge.

Affirmed.

---

173 So. 920

**J. C. HOLLINGSWORTH v. CITY OF TALLADEGA.**

**7 Div. 250.**

Court of Appeals of Alabama.
Jan. 19, 1937.

SAMFORD, Judge.

Affirmed.

---

173 So. 920

**J. G. HOLLINGSWORTH v. CITY OF TALLADEGA.**

**7 Div. 234.**

Court of Appeals of Alabama.
Jan. 19, 1937.

SAMFORD, Judge.

Affirmed.

---

164 So. 918

**Fred HOLLINSWORTH v. STATE.**

**6 Div. 798.**

Court of Appeals of Alabama.
Dec. 17, 1935.

BRICKEN, Presiding Judge.

Appeal dismissed.

---

164 So. 919

**Lula HOLLOWAY, alias McGuire, v. STATE.**

**4 Div. 186.**

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.

Appeal dismissed.